# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Sola Barry Adedamola <br> Plaintiff <br> V. <br> Constellation Energy <br> Defendant | CIVIL ACTION <br><br> NO.  13-11245-PBS |

### ORDER OF DISMISSAL

PLEASE TAKE NOTICE that, pursuant to Rule 41.1 of the Local Rules of this Court regarding Dismissal for Want of Prosecution.  A status conference was held on 10/6/14 before Chief Judge Saris.  Attorney Freeman and Petkovich appeared on behalf of the defendant.  Plaintiff pro-se Mr. Adedamola did not appear at the conference.  Mr. Adedamola was given notice of the hearing see docket entry #39.  For the foregoing reasons, the above entitled action is hereby Dismissed without prejudice. Notice subject to compliance with the provisions of subdivision (a)(3) of this Rule.

Robert Farrell
CLERK OF COURT

 10/7/14                    By:    /s/ Maryellen Molloy
    Date                                          Deputy Clerk

(DISMISSAL WANT OF PROSECUTION  LR4 1  ADEDAMOLA OCT 2014 not.wpd - 3/7/2005)